Sanders *et al. v.* Smisson.

Lewis, J.   The questions presented by the record in this case are controlled by the decision of this court this day rendered in the case of *Sanders* v. *Houston Guano & Warehouse Company,* 107 *Ga.* 50.

*Judgment affirmed.   All the Justices concurring.*

Argued February 13, — Decided March 17, 1899.

Levy and claim.   Before Judge Felton.   Houston superior court.   April term, 1898.

*Nottingham & Polhill, R. N. Holtzclaw,* and *M. G. Bayne,* for plaintiffs in error.   *Louis L. Brown,* contra.

---

Boyd *v.* Collins, administrator.

Lewis, J.   There being no error of law complained of, and the verdict not being without evidence to support it, this court will not interfere with the discretion of the trial judge in overruling a motion for a new trial upon general grounds.   *Judgment affirmed.   All the Justices concurring.*

Argued February 14, — Decided March 17, 1899.

Trover.   Before Judge Ross.   City court of Macon.   February 25, 1898.

*M. G. Bayne,* for plaintiff.   *Smith & Jones,* for defendant.